# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA GLAZER and MICHAEL GLAZER, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY and NATIONWIDE INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | CIVIL ACTION NO. 3:10-cv-1366 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 17th day of May, 2012, **IT IS HEREBY ORDERED** that Defendant Nationwide Insurance Company of America's motions for summary judgment (Docs. 31 & 34) are **GRANTED**. Judgment is entered in favor of Defendant Nationwide Insurance Company of America and it is **FURTHER DECREED** that Plaintiffs Angela and Michael Glazer may not maintain a claim for recovery of underinsured motorist benefits in connection with the October 12, 2005 motor vehicle accident against either Michael Glazer or Jason Woelkers's insurance policy with Defendant Nationwide Insurance Company of America, (policy nos. 58 37 D 689877 and 58 37 C 862214, respectively).

 /s/ A. Richard Caputo
 A. Richard Caputo
 United States District Judge